

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

To: **Michael Bisor (TDCJ #1957272)**
Re: **Civil No. H–17–cv–2283**
Date: **9/11/2018**
From: **David J. Bradley, Clerk**

    Be advised that the clerk's office has received correspondence/pleadings from you as follows:

Please be advised that the clerk's office has received correspondence from you dated September 3, 2018 (Docket Entry No. 24), asking about the status of your case. The record shows that your case was stayed and closed on February 27, 2018, while you pursued an appeal (Docket Entry No. 19). In that order, the court instructed you to file a written motion for reinstatement within thirty days after the Fifth Circuit issued a decision on your appeal (Id. at 2). Because the court has not received a written motion to reinstate from you, your case remains closed. A copy of the docket sheet is attached for your convenience.

                                                                     By Deputy Clerk
                                                                  David J. Bradley, Clerk