UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BISOR,<br>TDCJ #1957272,<br><br>Petitioner,<br><br>vs.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal Justice –<br>Institutional Division,<br><br>Respondent. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-17-2283 |

### ORDER TO REINSTATE

On February 27, 2018, the Court stayed this federal habeas corpus proceeding while the petitioner pursued an appeal to the Fifth Circuit. The appeal was dismissed for lack of jurisdiction. *See Bisor v. Davis*, No. 18-20126 (5th Cir. May 30, 2018). Noting that his appeal has been dismissed, Bisor has now filed a motion to reinstate this case for a determination on his habeas corpus petition. It is **ORDERED** that Bisor's motion to reinstate [Doc. # 26] is **GRANTED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on October 4, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE